# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| PROJECT VERITAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES O'KEEFE, et al.,<br><br>Defendants. | Case No. _____<br><br>Originating Court: S.D.N.Y.<br>Originating Case No.: 7:23-cv-04533<br><br>**DECLARATION OF DAVID R. OSBORNE IN SUPPORT OF MOTION TO QUASH NON-PARTY SUBPOENA OR FOR ENTRY OF PROTECTIVE ORDER** |

I, David R. Osborne, pursuant to section 1746 of the Judicial Code, 28 U.S.C. § 1746, declare as follows:

1. I am lead counsel for Movant Benjamin B. Hinckley ("Movant") and have personal knowledge of the following and, if called as a witness, could testify to the following:

2. I first contacted Attorney Nick Whitney, the attorney identified in the subpoena as counsel for Defendants James O'Keefe and Transparency 1, LLC d/b/a O'Keefe Media Group ("Defendants"), on March 14, 2025, then spoke by phone with Attorney Whitney the following day about Movant's availability for a deposition and the scope of Defendants' document requests. The following week, I exchanged emails with Attorney Whitney regarding my availability for a deposition. Ex. 1.

3. On May 20, 2025, I delivered timely written objections to the subpoena. Ex. 2.

4. As of this date, Movant's counsel and Defendants' counsel have yet to reach agreement to modify the subpoena.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 20, 2025

*David R. Osborne*