| | |
|---|---|
| **From:** | Nick Whitney |
| **To:** | David Osborne |
| **Cc:** | Jonathan Goldstein; Jeff Childers; Angela Masciulli; Ellen Lord |
| **Subject:** | RE: Project Veritas v. O"Keefe |
| **Date:** | Monday, May 19, 2025 11:23:49 AM |

Let me check with Project Veritas's counsel.

The current deposition cutoff is July 1st, so we'll have to look at dates before June 26th.

**Nick Whitney**
nwhitney@smartbizlaw.com
Childers Law, LLC
2135 NW 40th Terrace, Suite B
Gainesville, FL 32605
Phone
866.996.6104
352.335.0400
www.smartbizlaw.com

The information contained in this email and/or attachments is intended only for the personal and confidential use of the intended recipient. This message may be an attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient(s) or any agent responsible for delivering it to the intended recipient(s), you are hereby notified that you may have received this document in error. Any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message. Thank you.

On May 18, 2025 at 8:13 PM -0400, David Osborne <dosborne@goldsteinlp.com>, wrote:

> Nick:
>
> It's possible we can make June 27 work for a deposition, but I'll have to move some of my vacation plans around.
>
> Before I do that, any chance you all have some openings before June 26 or on or after July 14?
>
> Much appreciated,
>
> **David R. Osborne**



1200 Riverplace Blvd., Suite 105-1110

Jacksonville, FL 32207

(available by appointment)

_____


200 School Alley, Suite 5

Green Lane, PA 18054

*office:* 610-949-0444

*fax:* 1-215-257-1910

[www.goldsteinlp.com](www.goldsteinlp.com)


THE CONTENTS OF THIS COMMUNICATION

MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE OR THE ATTORNEY WORK PRODUCT PRIVILEGE.

---

**From:** David Osborne
**Sent:** Thursday, May 15, 2025 4:03 PM
**To:** Nick Whitney <nwhitney@smartbizlaw.com>
**Cc:** Jonathan Goldstein <jgoldstein@goldsteinlp.com>; Jeff Childers <jchilders@smartbizlaw.com>; Angela Masciulli <angela.masciulli@smartbizlaw.com>; Ellen Lord <ellen.lord@smartbizlaw.com>
**Subject:** RE: Project Veritas v. O'Keefe


Nick:

Just called and left you a voicemail. You're welcome to give me a call between now and 5pm, or I'm available again after 4pm tomorrow.

Thanks,

**David R. Osborne**



1200 Riverplace Blvd., Suite 105-1110

Jacksonville, FL 32207

(available by appointment)

_____

200 School Alley, Suite 5

Green Lane, PA 18054

*office:* 610-949-0444

*fax:* 1-215-257-1910

[www.goldsteinlp.com](www.goldsteinlp.com)

THE CONTENTS OF THIS COMMUNICATION

MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE OR THE ATTORNEY WORK PRODUCT PRIVILEGE.

**From:** Nick Whitney <nwhitney@smartbizlaw.com>
**Sent:** Wednesday, May 14, 2025 4:24 PM
**To:** David Osborne <dosborne@goldsteinlp.com>
**Cc:** Jonathan Goldstein <jgoldstein@goldsteinlp.com>; Jeff Childers <jchilders@smartbizlaw.com>; Angela Masciulli <angela.masciulli@smartbizlaw.com>; Ellen Lord <ellen.lord@smartbizlaw.com>
**Subject:** Re: Project Veritas v. O'Keefe

David,

I am available tomorrow at 4pm. You can reach me at (904) 803-6954.

**Nick Whitney**
nwhitney@smartbizlaw.com
Childers Law, LLC
2135 NW 40th Terrace, Suite B
Gainesville, FL 32605
Phone
866.996.6104
352.335.0400
www.smartbizlaw.com

The information contained in this email and/or attachments is intended only for the personal and confidential use of the intended recipient. This message may be an attorney-client communication, and as such, is privileged and confidential. If the reader of this message is not the intended recipient(s) or any agent responsible for delivering it to the intended recipient(s), you are hereby notified that you may have received this document in error. Any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or email and delete the original message. Thank you.

On May 14, 2025 at 3:50 PM -0400, David Osborne <dosborne@goldsteinlp.com>, wrote:

> Mr. Whitney:
>
> My client Barry Hinckley just notified me that he was served with a subpoena in this matter. Do you have time to connect by phone to discuss? I'm open after 4pm either tomorrow or Friday.

Thanks,

**David R. Osborne**



1200 Riverplace Blvd., Suite 105-1110

Jacksonville, FL 32207

(available by appointment)

_____

200 School Alley, Suite 5

Green Lane, PA 18054

*office:* 610-949-0444

*fax:* 1-215-257-1910

[www.goldsteinlp.com](www.goldsteinlp.com)

THE CONTENTS OF THIS COMMUNICATION

MAY BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE OR THE ATTORNEY WORK PRODUCT PRIVILEGE.